IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00451-ZLW-CBS

TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY, and
COOK INLET HOUSING AUTHORITY,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development,
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

_____

**ORDER**
_____

Upon consideration of the Joint Motion for Stay of Proceedings, filed March 12, 2008, it is ORDERED that this action is stayed pending the United States Court of Appeals for the Tenth Circuit's final decision in the pending case of *Fort Peck Housing Authority v. United States Department of Housing and Urban Development et al.*, Cross Appeal Case Nos. 06-1425 and 06-1447 (the "Appeal"). This order doesn't affect Defendants' right, if any, to file a motion under Federal Rule of Civil Procedure 12(b) if this stay is lifted. This stay does not apply to any action to enforce the Stipulation Providing Preliminary Relief for

Plaintiffs, filed March 6, 2008. The parties shall inform the Court of a decision by the Tenth Circuit regarding the Appeal within 15 days of that decision.

Dated March 18, 2008. BY THE COURT

*s/ Zita L. Weinshienk*
_____
Zita L. Weinshienk
United States District Court Senior Judge