IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-451-ZLW

TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY, and
COOK INLET HOUSING AUTHORTY

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
ALPHONSO JACKSON, Secretary of HUD,
PAULA BLUNT, Deputy Assistant Secretary for Public and Indian Housing,
DEBORAH LALANCETTE, Director, HUD's Office of Grants Management, National Office
    of Native American Programs,

    Defendants.

## ORDER

Upon consideration of the Stipulation Providing Preliminary Relief for Plaintiffs, filed March 6, 2008, it is ORDERED that the Stipulation is approved and, if necessary, may be enforced as an Order of this Court.

Dated March 18, 2008

                                        BY THE COURT

                                        *s/ Zita L. Weinshienk*
                                        _____
                                        Zita L. Weinshienk
                                        United States District Court Senior Judge