IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00451-ZLW-CBS

TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY, and
COOK INLET HOUSING AUTHORITY,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development,
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

---

**ORDER**

---

Upon consideration of the Joint Notice of Decision and Motion to Continue Stay (Dkt. No. 10), it is ORDERED that the parties shall file a joint status report within 30 days after the Tenth Circuit issues the mandate in *Fort Peck Housing Auth. v. U.S. Dep't of Housing and Urban Dev.*, Cross Appeal Case Nos. 06-1425 and 06-144. The joint status report shall include proposed deadlines to respond to the complaint, file an administrative record, and brief the merits of the case.

Dated March 8, 2010.

BY THE COURT

*/s/ Zita Leeson Weinshienk*
Zita L. Weinshienk
United States District Court Senior Judge