IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00451-RPM

TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian
  Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native
  American Programs, Department of Housing and Urban Development, Office of
  Public and Indian Housing,

    Defendants.

---

## ORDER FOR COORDINATED HEARING

---

    Coordinated briefs and response briefs have been filed by the parties in this action and nine related actions. Upon review of those coordinated briefs and Big Pine Paiute Tribe's Special Brief in Civil Action No. 07-cv-01343-RPM, and the separate briefs in *Nambe Pueblo Housing Entity v. HUD et al.*, Civil Action No. 11-cv-01516-RPM, it is

    ORDERED that a coordinated hearing will held at a time to be scheduled and all counsel representing the parties must be personally present at the hearing.

    DATED: April 16th, 2012.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge