IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00451-RPM

TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY,

    Plaintiff,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

---

ORDER REGARDING INCORPORATED MEMORANDUM OPINION AND ORDER

---

    The Memorandum Opinion and Order filed August 31, 2012, in *Fort Peck Housing Authority v. HUD et al.*, Civil Action No. 05-cv-00018-RPM, is hereby incorporated as an order governing common issues in this action; it is

    FURTHER ORDERED that a coordinated hearing will held at a time to be scheduled for the purpose of addressing procedures for determining issues remaining in this action. All counsel representing the parties must be personally present at the hearing.

    DATED: August 31, 2012

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge