**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 23, 2018
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

| | |
|---|---|
| Civil Action No.  08-cv-00451-RPM | Counsel: |
| TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY, | Jonathan K. Tillinghast |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BEN CARSON, Secretary of Housing and Urban Development; DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; GLENDA GREEN, Director, Office of Grants Management, Office of Native American Programs, | Timothy B. Jafek |
| Defendants. | |

| | |
|---|---|
| Civil Action No.  08-cv-00826-RPM | Counsel: |
| NAVAJO HOUSING AUTHORITY, | Craig H. Kaufman |
|     Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;<br>BEN CARSON, Secretary of Housing and Urban Development,<br>DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing,<br>GLENDA GREEN, Director, Office of Grants Management, Office of Native American Programs, | Timothy B. Jafek |
|     Defendants. | |

3

| | |
|---|---|
| Civil Action No. 08-cv-02573-RPM | Counsel: |
| MODOC LASSEN INDIAN HOUSING AUTHORITY, the tribally designated housing entity for the Grindstone Indian Rancheria of Wintun-Wailaki Indians of California, | David V. Heisterkamp, II |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENTOF HOUSING AND URBAN DEVELOPMENT; BEN CARSON, Secretary of Housing and Urban Development; DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; GLENDA GREEN, Director, Office of Grants Management, Office of Native American Programs, | Timothy B. Jafek |
| Defendants. | |

| | |
|---|---|
| Civil Action No. 08-cv-02577-RPM | <u>Counsel:</u> |
| CHOCTAW NATION OF OKLAHOMA; HOUSING AUTHORITY OF THE CHOCTAW NATION OF OKLAHOMA, | Louis W. Bullock |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BEN CARSON, Secretary of Housing and Urban Development; DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; GLENDA GREEN, Director, Office of Grants Management, Office of Native American Programs, | Timothy B. Jafek |
| Defendants. | |

| | |
|---|---|
| Civil Action No. 08-cv-02584-RPM | Counsel: |
| SICANGU WICOTI AWANYAKAPI CORPORATION, <br> OGLALA SIOUX (LAKOTA) HOUSING, <br> TURTLE MOUNTAIN HOUSING AUTHORITY, <br> WINNEBAGO HOUSING AND DEVELOPMENT COMMISSION, <br> LOWER BRULE HOUSING AUTHORITY, <br> SPIRIT LAKE HOUSING CORPORATION, and <br> TRENTON INDIAN HOUSING AUTHORITY, | Blaine D. Myhre <br> David V. Heisterkamp, II |
|      Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), <br> SHAUN DONOVAN, Secretary of Housing and Urban Development, <br> DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and <br> GLENDA GREEN, Director, Office of Grants Management, Office of Native American Programs, | Timothy B. Jafek |
|      Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING:** Defendants' Motions for Restitution.

**9:55 a.m.**     **Court in session.**

                Court calls cases.

5

Appearances of counsel.  Also present David Sahli, HUD agency counsel.

Court's summation of the issues raised.

Defendants' Motion for Restitution (Doc. No. 120 in 08-cv-00451-RPM), filed May 14, 2018; Defendants' Motion for Restitution (Doc. No. 116 in 08-cv-00826-RPM), filed May 14, 2018; Defendants' Motion for Restitution (Doc. No. 105 in 08-cv-02573-RPM), filed May 14, 2018; Defendants' Motion for Restitution (Doc. No. 115 in 08-cv-02577-RPM), filed May 14, 2018; and Defendants' Motion for Restitution (Doc. No. 122 in 08-cv-02584-RPM), filed May 14, 2018; are raised for argument.

| | |
|---|---|
| 9:57 a.m. | Argument for Defendant by Mr. Jafek. |
| 10:17 a.m. | Argument for Plaintiffs by Mr. Kaufman. |
| 10:33 a.m. | Argument for Plaintiffs by Mr. Bullock. |
| 10:36 a.m. | Argument for Defendants by Mr. Jafek. |

**ORDERED:** Defendants' Motion for Restitution (Doc. No. 120 in 08-cv-00451-RPM), filed May 14, 2018, is **SUBMITTED.**

**ORDERED:** Defendants' Motion for Restitution (Doc. No. 116 in 08-cv-00826-RPM), filed May 14, 2018, is **SUBMITTED.**

**ORDERED:** Defendants' Motion for Restitution (Doc. No. 105 in 08-cv-02573-RPM), filed May 14, 2018, is **SUBMITTED.**

**ORDERED:** Defendants' Motion for Restitution (Doc. No. 115 in 08-cv-02577-RPM), filed May 14, 2018, is **SUBMITTED.**

**ORDERED:** Defendants' Motion for Restitution (Doc. No. 122 in 08-cv-02584-RPM), filed May 14, 2018, is **SUBMITTED.**

Court indicates a written order shall follow.

**10:40 a.m.    Court in recess.  Hearing concluded.**
**Total time:    45 minutes.**